**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRELL PITCHFORD,<br><br>    Plaintiff,<br><br>    v<br><br>SAFEWAY INC, a California Corporation; REINO BELLIO, an individual; UFCW LOCAL 101; DOES 1 through 20, inclusive,<br><br>    Defendants.<br>_____/ | No   C 10-0908   VRW<br><br>ORDER |

    Defendants have filed two motions to dismiss. Doc ##4 & 7. Plaintiff has not filed any opposition to these motions and the deadline for doing so has passed. Accordingly, plaintiff Darrell Pitchford is ORDERED TO SHOW CAUSE in writing on or before June 4 why the court should not grant defendants' motions to dismiss. Failure to respond to this order by June 4 shall be grounds to dismiss this action for failure to prosecute. The hearing scheduled for June 3 is HEREBY VACATED.

    IT IS SO ORDERED.

                                          VAUGHN R WALKER<br>
                                        United States District Chief Judge