**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

```
DARRELL PITCHFORD,                         No   C 10-0908   VRW

        Plaintiff,                         ORDER

        v

SAFEWAY INC, a California
Corporation; REINO BELLIO, an
individual; UFCW LOCAL 101; DOES
1 through 20, inclusive,

        Defendants.
                                       /
```

After plaintiff Darrell Pitchford failed to oppose motions to dismiss brought by defendants, Doc ##4 & 7, the court on May 27, 2010 issued an order for plaintiff to show cause why the above-captioned case should not be dismissed for failure to prosecute. Doc #12. Plaintiff filed a reply on June 4, 2010, Doc #15, in which he attributes his failure to oppose defendants'

motions to his counsel's illness. Specifically, plaintiff's counsel asserts:

> Due to illness, which caused me financial problems, I have become over whelmed [sic] with my work load and office management. [] Failure to respond to these documents was inadvertent and not an intentional delay tactic.

Doc #15 at 1 of 1.

In light of counsel's apparent illness, plaintiff is ORDERED to file an opposition to defendants' motions to dismiss on or before June 28, 2010. Failure to file an opposition will be grounds to dismiss this action in its entirety.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge