IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRELL PITCHFORD,

    Plaintiff,

    v

SAFEWAY INC, a California Corporation; REINO BELLIO, an individual; UFCW LOCAL 101; DOES 1 through 20, inclusive,

    Defendants.

No   C 10-0908   VRW

ORDER

After plaintiff Darrell Pitchford failed to oppose motions to dismiss brought by defendants, Doc ##4 & 7, the court on May 27, 2010 issued an order for plaintiff to show cause why the above-captioned case should not be dismissed for failure to prosecute. Doc #12. Plaintiff filed a reply on June 4, 2010. Doc #15. After reviewing plaintiff's submission, the court, on June 7,

1   2010 ordered plaintiff to file an opposition to defendants' motions
2   to dismiss on or before June 28, 2010 and cautioned plaintiff that
3   "[f]ailure to file an opposition will be grounds to dismiss this
4   action in its entirety."  Doc #16 at 2.  Plaintiff has not filed an
5   opposition and the deadline for doing so has passed.
6          Pursuant to the court's June 7 order, Doc #16, and FRCP
7   41(b), the above-captioned matter therefore is dismissed.  The
8   clerk is DIRECTED to terminate all motions and to close the file.

10          IT IS SO ORDERED.

12          VAUGHN R WALKER
            United States District Chief Judge

**2**